THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL IRIZARRY, Also Known as FRANCISCO LANDER, Appellant. [742 NYS2d 550] —Judgments, Supreme Court, Bronx County (Edward Davidowitz, J.), rendered November 15, 2000, as amended December 21, 2000, convicting defendant, upon his pleas of guilty, of attempted criminal possession of a controlled substance in the fifth degree and grand larceny in the fourth degree, and sentencing him, as a second felony offender, to concurrent terms of 2 to 4 years, unanimously affirmed.

Since defendant never moved to withdraw his pleas, his claim that he was improperly induced to enter the pleas by an alleged threat of a higher sentence is not preserved, and we decline to review it in the interest of justice (*see, People v Ali*, 96 NY2d 840; *People v Gil*, 291 AD2d 217). Were we to review this claim, we would find that there was nothing coercive about the court's mention of the scope of sentencing in the event of a conviction after trial, which was made after defendant had already made clear that he had discussed the matter with his attorney and intended to plead guilty (*see, People v Lewis*, 243 AD2d 402, *lv denied* 91 NY2d 974).

Defendant's valid waiver of his right to appeal forecloses review of his excessive sentence claim. In any event, we perceive no basis for a reduction of sentence. Concur—Nardelli, J.P., Tom, Rosenberger, Wallach and Friedman, JJ.